AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

Eastern District of Pennsylvania

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 26-23-5 |
| | ) | |
| | ) | |
| | ) | |
| ALBERTO LAUREANO a/k/a "Ferg" | ) | |
| Defendant | | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
(name of person to be arrested)    ALBERTO LAUREANO a/k/a "Ferg"                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:
18:224 - BRIBERY IN SPORTING CONTESTS;
18:1349 - CONSPIRACY TO COMMIT WIRE FRAUD;
18:1343 - WIRE FRAUD;
18:2 - AIDING AND ABETTING

Date:    01/14/2026

George Wylesol, Clerk of Court
U.S. District Court, Eastern District of PA

/S/ THOMAS GIAMBRONE, DEPUTY CLERK
*Issuing officer's signature*

City and state:    PHILADELPHIA, PA

/S/ GEORGE V. WYLESOL, CLERK OF COURT
*Printed name and title*

### Return

This warrant was received on (date)  1/14/2026 , and the person was arrested on (date)  1/21/2026
at (city and state)    Philadelphia, PA .

Date:  1/22/2026

*Arresting officer's signature*

William Manning FBI Special Agent
*Printed name and title*